THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Kurtino Damon Weathersbee, Appellant.
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-017
Submitted January 1, 2008  Filed January 10, 2008    

APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, of Columbia; and Solicitor Warren B. Giese, for Respondent.
 
 
 

PER
 CURIAM:  Kurtino Damon Weathersbee appeals his convictions for
 armed robbery, first-degree burglary, and kidnapping, as well as his sentence
 of three concurrent terms of eighteen years imprisonment.  Weathersbee contends
 the trial court erred by admitting evidence of his drug use.   After a thorough
 review of the record, counsels brief, and Weathersbees pro se brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d
 357 (1991), we dismiss[1] Weathersbees appeal and grant counsels motion to be relieved.
 
APPEAL DISMISSED.
HUFF
 AND PIEPER, JJ., AND CURETON, A.J., CONCUR.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.